462 ▪ ▬▬▬▬▬▬▬▬▬

**S. LEVY, Appellant,**

v.

**Gilbert PARKS and Gertrude Parks,**
**Appellees.**

No. 2526.

Municipal Court of Appeals for the
District of Columbia.

Argued Dec. 15, 1959.

Decided Jan. 19, 1960.

Rehearing Denied Feb. 5, 1960.

S. Levy, pro se.

Herman Miller, Washington, D. C., for
appellees.

Before ROVER, Chief Judge, and
HOOD and QUINN, Associate Judges.

QUINN, Associate Judge.

Although several errors are assigned,
some having no support in the record and
others bordering on contempt, the sole question
presented is whether appellant was a
roomer or a tenant. The trial court found
that he was a roomer, thus entitling appellees
to bring summary proceedings [1]
against him without giving the thirty-day
notice required by Code Section 45904.[2]

As we have stated several times recently,
our function in a case such as this is to determine
whether in law the evidence is
sufficient to sustain the finding. We have
carefully considered the record and conclude
there was ample basis for the finding.
We are not persuaded that we should reject
it and substitute another favorable to appellant.

Affirmed.

[1] Code 1951, 11–735 (Supp. VII). Davis v. Francis Scott Key Apartments, D.C. Mun.App.1958, 140 A.2d 188. Compare Tamamian v. Gabbard, D.C.Mun.App. 1947, 55 A.2d 513.

[2] See generally, Cavalier Apartments Corp. v. McMullen, D.C.Mun.App.1959, 153 A.2d 642.